IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD.<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:24-cv-00097-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SANJAY NEVREKAR IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S OPPOSED MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW FOR ALL ASSERTED CLAIMS**

I, Sanjay Nevrekar, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP and represent Cisco Systems, Inc. in the above-captioned action. I am a member in good standing of the State Bar of New York. The facts set forth herein are true and correct to the best of my own personal knowledge. If called upon to testify as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Cisco's Motion to Stay Pending Inter Partes Review.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Disclosure of Asserted Claims and Infringement Contentions, served on May 15, 2024, in the above-captioned matter.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Petition for Inter Partes Review No. IPR2024-01281 of U.S. Patent No. 7,738,471.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Decision Granting Institution of Inter Partes Review No. IPR2024-01281 of U.S. Patent No. 7,738,471.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2025, in New York, New York.

*/s/ Sanjay Nevrekar*
Sanjay Nevrekar