## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., | |
| Plaintiff, | Case No.  2:24-cv-00097-JRG |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

### JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff Lionra Technologies Ltd. ("Lionra") and Defendant Cisco Systems, Inc. ("Cisco") respectfully move the Court to modify the briefing schedule relating to Cisco's Opposed Motion to Stay Pending Resolution of *Inter Partes* Review for All Asserted Claims (Dkt. No. 37).  In particular, Lionra's response is currently due on March 27, 2025.  L.R. 7(e).  However, in order to further crystalize the issues in dispute and in light of other professional obligations, Lionra requests an extension to file its response up to and including April 1, 2025.  In addition, the parties agree that Cisco will file its reply on or before April 7, 2025, and Lionra will file its sur-reply on or before April 14, 2025.  In light of the foregoing, good cause supports the requested modifications and the Court should grant the Parties' joint motion.

Dated: March 25, 2025

Respectfully submitted,

By: */s/ Brett E. Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Jonathan Yim (NY SBN 5324967)
jyim@bclgpc.com
John F. Petrsoric (NY SBN 3995313)
jpetrsoric@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24ʰ Floor
New York, NY 10016
Telephone: (212) 951-0100

***Counsel for Plaintiff Lionra Technologies
Limited***

By: */s/ Brian A. Rosenthal*
Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
New York State Bar No. 3961380
Katherine Dominguez
kdominguez@gibsondunn.com
New York State Bar No. 4741237
Sanjay Nevrekar
snevrekar@gibsondunn.com
New York State Bar No. 5933387
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Christine Ranney
cranney@gibsondunn.com
Colorado State Bar No. 55398
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200

- 1 -

Denver, CO 80202-2642
Telephone: 303.298.5700

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
Monica Lin
mlin2@gibsondunn.com
Texas State Bar No. 24141113
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3360

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670-4157
Telephone: 903.934.8450

*Counsel for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via electronic service on March 25, 2025.

*/s/ Brett E. Cooper*
Brett E. Cooper

- 2 -

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement on March 25, 2025

*/s/ Brett E. Cooper*
Brett E. Cooper
