**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., | |
| *Plaintiff,* | |
| v. | Civil Action No. 2:24-CV-00097-JRG |
| CISCO SYSTEMS, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**DEFENDANT CISCO SYSTEMS, INC.'S UNOPPOSED MOTION
FOR HEARING ON MOTION TO STAY PENDING RESOLUTION
OF *INTER PARTES* REVIEW FOR ALL ASSERTED CLAIMS (DKT. NO. 37)**

Defendant Cisco Systems, Inc. ("Defendant") respectfully moves for a hearing on April 16, 2025, on Defendant's Motion to Stay Pending Resolution of *Inter Partes* Review for All Asserted Claims ("Motion to Stay") (Dkt. No. 37) and would show the Court as follows:

Plaintiff Lionra Technologies Ltd. ("Plaintiff") filed Plaintiff's Response in Opposition to Defendant's Motion to Stay (Dkt. No. 46) on April 1, 2025. Defendant filed its Reply in Support of Motion to Stay (Dkt. No. 48) on April 7, 2025. The briefing on Defendant's Motion to Stay will be complete on or before April 14, 2025. As the Court is aware, the Court set the *Markman* hearing in this matter for April 16, 2025, at 1:30 P.M. *See* Dkt. No. 32 ("NOTICE of Hearing: *Markman* Hearing set for 4/16/2025 at 1:30 PM…"). At this time, Defendant respectfully requests that the Court hear oral argument on Defendant's Motion to Stay at the *Markman* hearing currently set for April 16, 2025.

Defendant's Motion to Stay is important, and oral argument should aid the Court in resolving any legal or factual issues related to the Motion to Stay. Moreover, consolidating the

*Markman* hearing and the hearing on Defendant's Motion to Stay will promote judicial efficiency as it will limit the expenditure of the parties' and the Court's limited judicial resources.

Counsel for Defendant met and conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff indicated they do not believe oral argument is necessary and the issue can be decided on the briefs but do not oppose the request.

Accordingly, Defendant respectfully requests that the Court grant this Unopposed Motion and enter an order setting Defendant's Motion to Stay for hearing on April 16, 2025.

Dated:  April 8, 2025

*/s/ Brian A. Rosenthal*

Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
New York State Bar No. 3961380
Katherine Dominguez
kdominguez@gibsondunn.com
New York State Bar No. 4741237
Sanjay Nevrekar
snevrekar@gibsondunn.com
New York State Bar No. 5933387
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Christine Ranney
cranney@gibsondunn.com
Colorado State Bar No. 55398
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: 303.298.5700

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
Monica Lin
mlin2@gibsondunn.com
Texas State Bar No. 24141113
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3360

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670-4157
Telephone: 903.934.8450

*Attorneys for Defendant Cisco Systems, Inc*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h).  Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on April 8, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
_____
Melissa R. Smith