## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00097-JRG |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the Court is the Unopposed Motion for Hearing on Motion to Stay Pending Resolution of *Inter Partes* Review for All Asserted Claims (Dkt. No. 37) (the "Motion") filed by Defendant Cisco Systems, Inc. ("Defendant"). (Dkt. No. 49.) In the Motion, Defendant moves for oral argument on its pending Motion to Stay Pending Resolution of *Inter Partes* Review for All Asserted Claims ("Motion to Stay") (Dkt. No. 37) at the April 16, 2025, *Markman* hearing. (Dkt. No. 49 at 1.) The Motion is unopposed. (*Id.* at 2.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Court shall hear oral arguments on Cisco's Motion to Stay (Dkt. No. 37) directly after the *Markman* Hearing set for **April 16, 2025 at 1:00 pm in Marshall, Texas**.

So ORDERED and SIGNED this 11th day of April, 2025.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE