**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD. | § | |
| | § | |
| v. | § | CASE NO. 2:24-cv-00097-JRG |
| | § | |
| CISCO SYSTEMS, INC. | § | |

**MINUTES FOR *MARKMAN* AND MOTION HEARINGS**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**April 16, 2025**

**OPEN:  01:00 PM**                                              **ADJOURN:  01:48 PM**

ATTORNEYS FOR PLAINTIFF:                    See attached

ATTORNEYS FOR DEFENDANT:                 See attached

TECHNICAL ADVISOR:                              Scott Woloson

LAW CLERK:                                              Danielle Zapata

COURT REPORTER:                                   Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                            Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 01:00 PM | Court opened. |
| 01:01 PM | Court called for announcements from counsel. |
| 01:05 PM | Court began hearing claim construction argument on a claim-by-claim basis.<br>• Presented argument on behalf of Plaintiff:<br>  Mr. Brett Cooper<br>• Presented argument on behalf of Defendant:<br>  Mr. Sanjay Nevrekar |
| 01:31 PM | Argument concluded. |
| 01:31 PM | Court to take claim construction under submission. |
| 01:31 PM | Court transitioned to begin hearing argument re: Dkt. No. 37. |
| 01:31 PM | Argument presented by:<br>• Mr. Garrett Parish on behalf of Plaintiff.<br>• Mr. Al Suarez on behalf of Defendant. |
| 01:48 PM | Argument concluded. |
| 01:48 PM | Court to take motion under submission. |
| 01:48 PM | Court adjourned. |