# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD., | § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:24-CV-00097-RWS-RSP |
| CISCO SYSTEMS, INC., | § § | |
| *Defendant*. | § § | |

## STAY ORDER

Before the Court is the Parties' Joint Motion to Continue Trial Date. **Dkt. No. 72**. In the Motion, the Parties seek a continuance of their February 17, 2026, trial setting pending a final written decision in the related *Inter Partes* Review, due March 13, 2026. *Id.* at 1. The Parties also seek to move the deadline for exchanging rebuttal expert disclosures to November 12, 2025, and to continue all the deadlines thereafter pending the IPR decision. *Id.* at 1–2. Having considered the Motion, and noting its joint nature, the the motion is **GRANTED** in part.

It is hereby **ORDERED** that the deadline to exchange rebuttal expert disclosures is extended to November 12, 2025 and, other than that exchange, this case is hereby **STAYED** pending the final written decision in the IPR. The Parties shall inform the Court of the decision within seven (7) days of its issuance.

**SIGNED this 26th day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE